IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW HOPKINS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | No. 21-5128 |
| LANDMARK INFRASTRUCTURE PARTNERS LP, et al., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW,** this 18th day of March, 2022, it is **ORDERED** that the lawsuit is **DISMISSED without prejudice** for lack of service pursuant to Federal Rule of Civil Procedure 4(m).[1]

    s/ANITA B. BRODY, J.
    ANITA B. BRODY, J.

Copies **VIA ECF**

---

[1] On November 19, 2021, Plaintiff filed the Complaint. ECF No. 1. On February 2, 2022, the Court informed Plaintiff that "[i]f waiver of service is not filed on or before February 22, 2022 the Court may enter an order dismissing the case against Defendant for lack of service. ECF No. 2. Plaintiff failed to file anything on the docket. On March 3, 2022, the Court ordered Plaintiff to show cause on or before March 11, 2022 why the case should not be dismissed for lack of service. ECF No. 3. Plaintiff failed to respond to the order to show cause.